0　　6396

Withdrawn
and not
reissued.